Case 6:18-cv-00061   Document 23   Filed on 04/09/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 09, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| LARRY LANDGRAF, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 6:18-CV-0061 |
| | § | |
| NATIONAL RESOURCE CONSERVATION SERVICE, | § § | |
| | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

Pursuant to the Memorandum and Order entered in this case, the plaintiff, Larry Landgraf, takes nothing by his suit.  It is Dismissed.

This is a Final Judgment.

SIGNED on this 9th day of April, 2019.

_____
Kenneth M. Hoyt
United States District Judge